# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES C. VAUGHAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 16-0582-WS-MU |
| | ) |
| **LAZY DAYS' RV CENTER, INC.,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

For the reasons stated therein, the defendants' unopposed motion to transfer venue, (Doc. 19), is **granted**. Pursuant to 28 U.S.C. § 1404(a), this action is **transferred** to the Middle District of Florida.

DONE and ORDERED this 16th day of March, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE