

**cmecf_flmd_notification@flmd.uscourts.gov**
03/17/2017 08:56 AM

To: InterdistrictTransfer_ALSD@alsd.uscourts.gov
cc:
bcc:
Subject: Transferred case has been opened

CASE: 1:16-cv-00582

DETAILS: Case transferred from Alabama Southern has been opened in Middle District of Florida as case 8:17-cv-00639, filed 03/17/2017.